**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                            NO. 4:08CR00063-01 JLH

DEVON LAMAR HANSBERRY                                                                                 DEFENDANT

**ORDER**

Devon Lamar Hansberry has filed a motion to be released on his own recognizance or on an ankle monitor after he completes his current term of incarceration in the Arkansas Department of Correction and before he reports to the Bureau of Prisons to serve a term of imprisonment imposed in this case. The motion is DENIED. Document #144.

Hansberry has also filed a motion for leave to proceed *in forma pauperis*. As there are no pending proceedings that would necessitate a filing fee or other costs of litigation, the motion is DENIED AS MOOT. Document #145.

IT IS SO ORDERED this 29th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE